IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 12-00581 |
| | ) |
| THE SHOREBANK CORPORATION, et al., | ) (Jointly Administered) |
| | ) |
| Debtors.[1] | ) Chapter 11 |
| | ) |
| | ) Hon. A. Benjamin Goldgar |
| | ) |

**FINAL ORDER PURSUANT TO 11 U.S.C. §§ 345 AND 363
(I) AUTHORIZING CONTINUED USE OF EXISTING
CASH MANAGEMENT SYSTEM AND MAINTENANCE OF EXISTING
BANK ACCOUNTS, (II) AUTHORIZING WAIVING INVESTMENT AND
DEPOSIT REQUIREMENTS, AND (III) AUTHORIZING CONTINUED USE
OF EXISTING BUSINESS FORMS**

Upon the motion, dated January 9, 2012 (the "Motion")[2] of the above captioned debtors and debtors-in-possession (the "Debtors"), for entry of an order under 11 U.S.C. §§ 345 and 363 (i) authorizing the Debtors' continued use of their existing Cash Management System and Bank Accounts, (ii) authorizing waiving investment and deposit requirements, and (iii) authorizing continued use of their existing Business Forms; and the Court having reviewed the Motion and the

---

[1] The Debtors consist of: The ShoreBank Corporation (EIN: 36-2749995); ShoreBank Capital Corporation (EIN: 36-2954117); ShoreBank Development Corporation (EIN: 36-2950598); ShoreBank Pacific Corporation (EIN: 91-1837395); Shore Overseas Corporation (EIN: 36-4080746); ShoreCap Management, Ltd. (EIN: 61-1452284)]; ShoreBank Lands Corporation (EIN: [●]); ShoreBank New Markets Fund, Inc. (EIN: 41-2223726); SBK NMTC Fund I, LLC (EIN: 41-2223728); SBK NMTC Fund II, LLC (EIN: 41-2223731); SBK NMTC Fund III, LLC (EIN: 41-2223734); SBK NMTC Fund IV LLC (EIN: 41-2223735).

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Motion.

Surgeon Declaration; and it appearing to the Court that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and it appearing that notice of the Motion was good and sufficient under the particular circumstances and that no other or further notice need be given; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1. The Debtors are authorized to continue to use their existing Cash Management System as generally described in the Motion.

2. Pursuant to section 363 of the Bankruptcy Code, the Debtors are authorized to (i) designate, maintain, and continue to use, with the same numbers, all of their Bank Accounts in existence on the Petition Date including the Bank Accounts listed on Exhibit A hereto (collectively with any and all other bank accounts maintained by the Debtors, the "Bank Accounts"); (ii) treat the Bank Accounts for all purposes as accounts of the Debtors as debtors-in-possession; and (iii) if necessary, open new accounts, wherever they are needed, regardless of whether such banks are Authorized Depositories in the Northern District of Illinois.

3. The Northern Trust Company and Urban Partnership Bank, the financial institutions at which the Bank Accounts are maintained (the "Banks") are authorized to continue to service and administer the Bank Accounts as accounts of the Debtors as debtors-in-possession without interruption and in the usual and ordinary course, and to receive, process, honor, and pay any and all checks, drafts,

wires, or automated clearing house transfers ("ACH Transfers") drawn on the Bank Accounts after the Petition Date by the holders or makers thereof, as the case may be; provided, however, that, in addition to the requirements hereof, any checks, drafts, wires, or ACH Transfers drawn or issued by the Debtors before the Petition Date should be timely honored by the Bank to the extent necessary to comply with any order(s) of this Court authorizing payment of certain claims, unless the Banks are instructed by the Debtors to stop payment on or otherwise dishonor such check, draft, wire, or ACH Transfer.

4. The Banks are authorized to accept and honor all representations from the Debtors as to which checks, drafts, wires, or ACH Transfers should be honored or dishonored consistent with any order(s) of this Court whether the checks, drafts, wires, or ACH Transfers are dated prior to, on or subsequent to the Petition Date, and whether or not the Banks believe the payment is or is not authorized by any order(s) of the Court.

5. The Debtors are authorized to continue to use their existing Business Forms, which Business Forms shall not be required to include the legend "Debtor-In-Possession" or a "debtor-in-possession number."

~~6.    Cause exists for waiving the investment and deposit~~ requirements set forth in 11 U.S.C. § 345(b) ~~and the~~ Debtors' obligation to comply with that section is hereby ~~waived~~. Notwithstanding the fact that the Banks are not ~~Authorized Depositories, the Banks and other financial institutions are authorized to~~

3

~~hold or invest funds at the Debtors' discretion without complying with section 345(b)~~ of ~~the Bankruptcy Code.~~

7. As promptly as possible, but in no event later than fifteen (15) business days after entry of this Order, the Debtors shall serve a copy of this Order on the Banks whose Bank Accounts are listed on <u>Exhibit A</u> hereto.

8. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon entry hereof.

9. Nothing in this Order shall prejudice the rights of the Debtors or the FDIC (as receiver to The ShoreBank Corporation's failed bank subsidiary) under the tax escrow agreement entered into by the FDIC and The ShoreBank Corporation before the Petition Date.

Dated: Chicago, Illinois
~~, 2012~~

0 1 FEB 2012

_____
United States Bankruptcy Judge
The Honorable A. Benjamin Goldgar

# EXHIBIT A
## BANK ACCOUNTS

| Bank | Debtor | Type of Account | Account Number (last four digits) | Balance as of the Petition Date |
|---|---|---|---|---|
| The Northern Trust Company | SBK | Checking | 0744 | $454,151 |
| The Northern Trust Company | SBK | Money Market | 3841 | $3,614,406 |
| The Northern Trust Company | SBK | Escrow account | 1670 | $10,668,038 |
| The Northern Trust Company | SCM | Checking | 0745 | $34,698 |
| Urban Partnership Bank | Cap Corp | Checking | 1600 | $95,599 |