**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| THE SHOREBANK CORPORATION, et al., | Case No. 12-00581 |
| | (Jointly Administered) |
| Debtors.[1] | Hon. A. Benjamin Goldgar |

**NOTICE OF FILING**

PLEASE TAKE NOTICE THAT on July 31, 2012, the Official Committee of Unsecured Creditors of The ShoreBank Corporation and its affiliated debtors and debtors-in-possession, has filed the **First Interim and Final Application of Foley & Lardner LLP for Allowance of Compensation for Services rendered and for Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Time Period of Feburary 17, 2012 througth June 29, 2012**.

Dated: July 31, 2012

Mark F. Hebbeln
Foley & Lardner LLP
321 North Clark Street
Chicago, Illinois 60654-5313
Phone: 312-832-4500

*/s/ Mark F. Hebbeln*
Counsel for the Official
Committee of Unsecured Creditors

---

[1] The Debtors consist of: The ShoreBank Corporation (EIN: 36-2749995; ShoreBank Capital Corporation (EIN: 36-2954117); ShoreBank Development Corporation (EIN: 36-2950598); ShoreBank Pacific Corporation (EIN: 91-1837395); Shore Overseas Corporation (EIN: 36-4080746); ShoreCap Management, Ltd. (EIN 61-1452284); ShoreBank Lands Corporation (EIN: [●]); ShoreBank New Markets Fund, Inc. (EIN: 41-2223726); SBK NMTC Fund I, LLC (EIN: 41-2223728); SBK NMTC Fund II, LLC (EIN: 41-2223731); SBK NMTC Fund III, LLC (EIN: 41-2223734); SBK NMTC Fund IV LLC (EIN: 41-2223735).

4818-6946-7408.1

## CERTIFICATE OF SERVICE

I, Mark F. Hebbeln, an attorney, hereby certify that on July 31, 2012, I caused a true and correct copy of the foregoing **First Interim and Final Application of Foley & Lardner LLP for Allowance of Compensation for Services rendered and for Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Time Period of Feburary 17, 2012 throught June 29, 2012** to be filed with the Court and served upon the following parties in the manner indicated below.

Dated: July 31, 2012         */s/ Mark F. Hebbeln*
                             Mark F. Hebbeln

## Service List

**Via CM/ECF**

| | |
|---|---|
| Leslie Allen Bayles | leslie.bayles@bryancave.com |
| Mark A. Berkoff | mberkoff@ngelaw.com, cdennis@ngelaw.com |
| Roberto A. Dall'Asta | rdallasta@mwe.com |
| Dennis A. Dressler | ddressler@dresslerpeters.com |
| Emily S. Gottlieb | Emily_gottlieb@gardencitygroup.com, Paul.kinealy@gardencitygroup.com, PACERTeam@gardencitygroup.com, FRVTeam@gcginc.com, LFETeam@gcgiinc.com |
| Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Richard S. Lauter | rlauter@freebornpeters.com |
| Nicholas M. Miller | nmiller@ngelaw.com |
| Lauren Newman | lnewman@thompsoncorburn.com, frichard@thompsoncoburn.com |
| George Panagakis | gpanagak@skadden.com stwillia@skadden.com, justin.winerman@skadden.com, mmirkovi@skadden.com, jpfleege@skadden.com, eric.howe@skadden.com |
| Ann E. Pille | ann.pille@dlapiper.com, aprille@reedsmith.com |
| Elizabeth E. Richert | erichert@colemanlawfirm.com, dmuelleer@colemanlawfirm.com |
| Kevin G. Schneider | kschneider@ngelaw.com |
| William P. Smith | wsmith@mwe.com |
| Alan P. Solow | alan.solow@dlapiper.com, docketingchicago@dlapiper.com, oksana.koltko@dlapiper.com |

**Via Electronic Mail**

Roman L. Sukley
Office of the US Trustee
219 South Dearborn Street
Room 873
Chicago, IL 60604
roman.l.sukley@usdoj.gov
ustp.region11@usdoj.gov

3

4818-6946-7408.1