**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Case No. 12-00581 |
| | ) |
| | ) (Jointly Administered) |
| THE SHOREBANK CORPORATION, et al., [1] | ) |
| | ) *Chapter 11* |
| Debtors. | ) |
| | ) Hon. A. Benjamin Goldgar |

**AFFIDAVIT OF SERVICE**

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) ss | |
| COUNTY OF COOK | ) | |

I, Brian P. Karpuk, being duly sworn, depose and state:

1.      I am an Assistant Director with GCG, Inc., the notice and claims agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned case. Our business address is 190 South LaSalle Street, Suite 1520, Chicago, Illinois 60603.

2.      I certify that on October 12, 2012, the following document was entered on the docket:

- **Notice of and Motion for Final Decree and Order Closing the Debtors' Bankruptcy Cases and Granting Other Related Relief ("Notice of and Motion for Final Decree and Order Closing the Debtors' Bankruptcy Cases")** [Docket No. 192].

3.      I certify that the parties on the Master Service List who are registered with CM/ECF, as set forth on the service list annexed hereto as Exhibit A, received electronic notification of the foregoing document from the Clerk of Court via CM/ECF system on October 12, 2012.

---

[1] The Debtors consist of: The ShoreBank Corporation (EIN: 36-2749995); ShoreBank Capital Corporation (EIN: 36-2954117); ShoreBank Development Corporation (EIN: 36-2950598); ShoreBank Pacific Corporation (EIN: 91-1837395); Shore Overseas Corporation (EIN: 36-4080746); ShoreCap Management, Ltd. (EIN: 61-1452284)]; ShoreBank Lands Corporation (EIN: n/a);  ShoreBank New Markets Fund, Inc. (EIN: 41-2223726); SBK NMTC Fund I, LLC (EIN: 41-2223728); SBK NMTC Fund II, LLC (EIN: 41-2223731); SBK NMTC Fund III, LLC (EIN: 41-2223734); SBK NMTC Fund IV LLC (EIN: 41-2223735).

4.     On October 12, 2012, at the direction of Skadden, Arps, Slate, Meagher & Flom LLP,

counsel for the Debtors, I caused a true and correct copy of the foregoing **Notice of and Motion**

**for Final Decree and Order Closing the Debtors' Bankruptcy Cases** to be served by first

class mail on the parties identified on Exhibit B annexed hereto (Creditor Matrix Parties).


                                                    _____
                                                    Brian P. Karpuk

Sworn to before me this 16th day of
October, 2012

_____
Jeffrey C. Demma
Notary Public, State of Illinois
No. 10074942
Qualified in Will County
Commission Expires:  December 1, 2014

2

# EXHIBIT A

BRYAN CAVE LLP
ATTN LESLIE ALLEN BAYLES, ESQ.
161 NORTH CLARK ST., STE 4300
CHICAGO IL 60601

COLEMAN LAW FIRM
ATTN ELIZABETH E. RICHERT, ESQ.
77 W. WACKER DR., STE 4800
CHICAGO IL 60601

DLA PIPER LLP (US)
ATTN ALAN P. SOLOW
203 N. LASALLE ST., STE 1900
CHICAGO IL 60601-1293

DRESSLER & PETERS, LLC
ATTN DENNIS A. DRESSLER, ESQ.
111 W. WASHINGTON ST, STE 1900
CHICAGO IL 60602

FOLEY & LARDNER LLP
ATTN MARK HEBBELN, ESQ.
321 N CLARK ST
STE 2800
CHICAGO IL 60654-5313

FREEBORN & PETERS LLP
ATTN RICHARD S. LAUTER, ESQ.
311 S. WACKER DR., STE. 3000
CHICAGO IL 60606

KILPATRICK TOWNSEND & STOCKTON LLP
ATTN TODD C. MEYERS, ESQ.
1100 PEACHTREE ST, NE, STE 2800
ATLANTA GA 30309

KILPATRICK TOWNSEND & STOCKTON LLP
ATTN SHANE G. RAMSEY, ESQ.
1100 PEACHTREE ST., NE, STE 2800
ATLANTA GA 30309

MCDERMOTT WILL & EMERY LLP
ATTN WILLIAM P. SMITH, ESQ.
227 WEST MONROE ST.
CHICAGO IL 60606

MCDERMOTT WILL & EMERY LLP
ATTN ROBERTO A. DALL'ASTA, ESQ.
227 WEST MONROE ST
CHICAGO IL 60606

NEAL, GERBER & EISENBERG LLP
ATTN: NICHOLAS M. MILLER, ESQ.
TWO N LASALLE ST STE 1700
CHICAGO IL 60602-3801

NEAL, GERBER & EISENBERG LLP
ATTN: MARK A. BERKHOFF, ESQ.
TWO N LASALLE ST, STE 1700
CHICAGO IL 60602-3801

NEAL, GERBER & EISENBERG LLP
ATTN KEVIN G. SCHNEIDER, ESQ.
TWO N. LASALLE ST., STE 1700
CHICAGO IL 60602

REED SMITH LLP
ATTN ANN E. PILLE, ESQ.
10 SOUTH WACKER DR., 40TH FL
CHICAGO IL 60606

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN GEORGE N. PANAGAKIS
155 N. WACKER DR
CHICAGO IL 60606

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN JUSTIN M. WINERMAN
155 N. WACKER DR.
CHICAGO IL 60606

THOMPSON COBURN LLP
ATTN LAUREN NEWMAN, ESQ.
55 EAST MONROE, 37TH FL.
CHICAGO IL 60603

# EXHIBIT B

ADELLE SIMMONS
[ADDRESS INTENTIONALLY REDACTED]

ALFRED GLANCY
[ADDRESS INTENTIONALLY REDACTED]

ALLSTATE INSURANCE COMPANY
ATTN: EDGAR ALVARADO, SR PORTFOLIO MGR
3075 SANDERS ROAD, G5C
NORTHBROOK, IL 60062

ALLSTATE INVESTMENTS
ATTN: EDGAR ALVARADO, SR PORTFOLIO MGR
3075 SANDERS ROAD G5C
NORTHBROOK, IL 60062

AMERICAN INFOSOURCE LP AS AGENT FOR
T MOBILE/T-MOBILE USA INC
ATTN: KARLA SUTHERLAND
4515 N SANTA FE AVE
OKLAHOMA CITY, OK 73118

AMERICAN INFOSOURCE LP AS AGENT FOR
T MOBILE/T-MOBILE USA INC
PO BOX 248848
OKLAHOMA CITY, OK 73124-8848

ANDREW KASSOY
[ADDRESS INTENTIONALLY REDACTED]

ARENT FOX LLP
ATTN ANDREW I. SILFEN, ESQ.
1675 BROADWAY
NEW YORK, NY 10019

ARENT FOX LLP
ATTN JEFFREY N. ROTHLEDER, ESQ.
1050 CONNECTICUT AVE, N.W.
WASHINGTON, DC 20036

ARENT FOX LLP
ATTN LEAH M. EISENBERG, ESQ.
1675 BROADWAY
NEW YORK, NY 10019

ARKADIN GLOBAL CONFERENCE
PO BOX 347261
PITTSBURGH, PA 15251-4261

ARKADIN GLOBAL CONFERENCING
ATTN PRES OR MANAGING/GEN'L AGENT
PO BOX 347261
PITTSBURGH, PA 15251-4261

ARKADIN GLOBAL CONFERENCING
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 347261
PITTSBURGH, PA 15251-4261

ARTHUR J. SMITH, SR.
C/O 36 S. WABASH #1310
CHICAGO, IL 60603

ATTORNEY GENERAL OF THE U.S.
950 PENNSYLVANIA AVE., NW
WASHINGTON, DC 20530-0001

AUDREY GRZYWINSKI
[ADDRESS INTENTIONALLY REDACTED]

BANK OF AMERICA CORPORATION
ATTN: NANCY LEVINE, SR INVESTMENT ADMIN,
COMMUNITY DEVELOPMENT BANKING
1605 MAIN ST STE 104
SARASOTA, FL 34236

BANK OF AMERICA LASALLE NATIONAL CORP
ATTN: NANCY LEVINE, SR INVESTMENT ADMIN,
COMMUNITY DEVELOPMENT BANKING
1605 MAIN STREET., SUITE 104
SARASOTA, FL 34236

BANK OF AMERICA MBNA COMM DEV CORP
ATTN: NANCY LEVINE, SR INVESTMENT ADMIN
COMMUNITY DEVELOPMENT BANKING
1605 MAIN STREET., SUITE 104
SARASOTA, FL 34236

BANKAMERICA INVESTMENT CORP
ATTN: NANCY LEVINE, SR INVESTMENT ADMIN
COMMUNITY DEVELOPMENT BANKING
1605 MAIN STREET, SUITE 104
SARASOTA, FL 34236

BARRY REIS
25701 SCIENCE PARK DRIVE
CLEVELAND, OH 44122

BERDES, JOHN
C/O ENTERPRISE CASCADIA
203 HOWERTON WAY, SE
ILWACO, WA 98624

BETH WAGNER
135 S LASALLE ST, SUITE 2040
CHICAGO, IL 60603

BNY MELLON CORPORATE TRUST
ATTN: BETH MELLINGER
RELATIONSHIP MANAGER
525 WILLIAM PENN PLACE 38TH FLOOR
PITTSBURGH, PA 15259

BNY MELLON TRUST CO., N.A.
GLOBAL CORP. TRUST - CDO GROUP
ATTN: SUSAN C. LEATHERS
525 WILLIAM PENN PLACE
8TH FLOOR
PITTSBURGH, PA 15259

BOA CORP & SUBSIDIARIES
ATTN: NANCY LEVINE, SR INVESTMENT ADMIN
COMMUNITY DEVELOPMENT BANKING
1605 MAIN STREET, SUITE 104
SARASOTA, FL 34236

BP CORPORATION NORTH AMERICA INC
ATTN: MICHAEL KAPELINSKI
MAIL CODE 3 EAST 4101 WINFIELD RD
WARRENVILLE, IL 60555

BROWN, TODD C.
[ADDRESS INTENTIONALLY REDACTED]

BRYAN CAVE LLP
ATTN LESLIE ALLEN BAYLES, ESQ.
161 NORTH CLARK ST., STE 4300
CHICAGO, IL 60601

BRYAN CAVE LLP
ATTN STEPHANIE WICKOUSKI, ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

BRYAN CAVE LLP
ATTN: JEANETTE LUGO
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

BURKE, WARREN, MACKAY & SERRITELLA, PC
ATTN PRES OR MANAGING/GEN'L AGENT
330 N WABASH, FL 22
CHICAGO, IL 60611-3607

BURKE, WARREN, MACKAY & SERRITELLA, PC
ATTN: DICK BURKE
330 NORTH WABASH 22ND FLOOR
CHICAGO, IL 60611-3607

CALVERT SOCIAL INV EQUITY PORTFOLIO
C/O CALVERT ASSET MANAGEMENT COMPANY
ATTN: SUSAN BENDER, ASSOC GEN COUNSEL
4550 MONTGOMERY AVE, SUITE 1000N
BETHSEDA, MD 20814

CALVERT SOCIAL INVESTMENT FOUNDATION INC
ATTN: LISA HALL, INVESTMENT OFFICER
7315 WISCONSIN AVE, SUITE 1100W
BETHESDA, MD 20814

CANON BUSINESS SOLUTIONS
300 COMMERCE SQUARE BLVD.
BURLINGTON, NJ 08016

CANON BUSINESS SOLUTIONS
CANON BUSINESS SOLUTIONS-CENTRAL, INC.
425 NORTH MARTINGALE ROAD
SCHAUMBURG, IL 60173

CANON FINANCIAL SERVICES INC
C/O DRESSLER PETERS LLC
ATTN: DENNIS A DRESSLER
111 W WASHINGTON ST STE 1900
CHICAGO, IL 60602

CANON FINANCIAL SERVICES, INC.
14905 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0149

CANON FINANCIAL SERVICES, INC.
158 GAITHER DR
SUITE 200
MOUNT LAUREL, NJ 08054-1715

CANON FINANCIAL SERVICES, INC.
ATTN DAN COLLINS
DRESSLER PETERS
111 W WASHINGTON ST
STE 1900
CHICAGO, IL 60602

CANON FINANCIAL SERVICES, INC.
ATTN: SCOTT H. MARCUS
121 JOHNSON ROAD
TURNERSVILLE, NJ 08012

CANON FINANCIAL SERVICES, INC.
PATRICIA HERZOG
300 COMMERCE SQUARE BLVD.
BURLINGTON, NJ 08016

CANON FINANCIAL SERVICES, INC.
SCOTT H. MARCUS & ASSOCIATES
ATTN: ANDREW L UNTERLACK, ESQ
121 JOHNSON ROAD
TURNERSVILLE, NJ 08012

CARLTON GUTHRIE
[ADDRESS INTENTIONALLY REDACTED]

CATHOLIC HEALTHCARE WEST
ATTN: PABLO BRAVO,
DIRECTOR COMMUNITY GRANTS & INVESTMENTS
185 BARRY STREET SUITE 300
SAN FRANCISCO, CA 94107

CDFI
ATTN: DONNA GAMBRELL, DIRECTOR
601 13TH STREET NW, SUITE 200S
WASHINGTON, DC 20005

CENTER FOR COMMUNITY CHANGE
ATTN: DENNIS ADAMSON,
ASSISTANT DIRECTOR OF FINANCE
1536 U STREET, NW
WASHINGTON, DC 20009

CENTER FOR COMMUNITY CHANGE
ATTN: MARY LASSEN, ASST EXEC DIRECTOR
1536 U STREET, NW
WASHINGTON, DC 20009

CHICAGO COMMUNITY TRUST
ATTN: CAROL CRENSHAW, VP & CFO
111 E WACKER DRIVE, SUITE 1400
CHICAGO, IL 60601

CHICAGO COMMUNITY TRUST
ATTN: CAROL CRENSHAW, VP & CFO
225 N MICHIGAN AVE STE 2200
CHICAGO, IL 60601

CHICAGO DEPT OF REVENUE
LOCKBOX 93180
CHICAGO, IL 60673-3180

CHICAGO DEPT OF REVENUE
TAX DIVISION
333 S. STATE ST SUITE 300
CHICAGO, IL 60604-3977

CISCO WEBEX LLC
C/O LES CALENACCI BAKER & MILLER PC
29 N. WACKER DRIVE SUITE 500
CHICAGO, IL 60606

CITRIX SYSTEMS, INC.
851 WEST CYPRESS CREEK ROAD
FORT LAUDERDALE, FL 33309

CLEVELAND DEVELOPMENT PARTNSHIP II, L.P.
GREATER CLEVELAND PARTNERSHIP
ATTN: YVETTE ITTU, CFO
HIGBEE BUILDING
1240 HURON RD E STE 301
CLEVELAND, OH 44115

CMNTY DEV FIN INSTITUTION FUND CDFI
ATTN: DONNA GAMBRELL, DIRECTOR
601 13TH STREET NW, SUITE 200S
WASHINGTON, DC 20005

CNA
ATTN: DENNIS HEMME, VP & TREASURER
CNA PLAZA 333 S WABASH AVE, 23RD FLOOR
CHICAGO, IL 60604

CNA FINANCIAL CORP &
CONTINENTAL CASUALTY CO C/O CNA
ATTN: DENNIS HEMME, VP & TREASURER
CNA PLAZA
333 S WABASH AVE, 23RD FLOOR
CHICAGO, IL 60604

COLEMAN LAW FIRM
ATTN ELIZABETH E. RICHERT, ESQ.
77 W. WACKER DR., STE 4800
CHICAGO, IL 60601

CONTINENTAL CASUALTY COMPANY
ATTN: EDWARD J LAVIN, AVP
CNA-23 SOUTH ATTN: SECURITIES LEGAL
333 SOUTH WABASH AVE
CHICAGO, IL 60604

COOPERATIVE ASSISTANCE FUND
ATTN: GEORGE WALKER, CHAIRMAN
1050 17TH ST, NW, SUITE 1200
WASHINGTON, DC 20036

CROWE HORWATH
C/O LEGAL GROUP - 7TH FLOOR
PO BOX 3697
OAK BROOK, IL 60522

CT CORPORATION SYSTEM
ATTN: ALAN D. BUDMAN
PO BOX 4349
CAROL STREAM, IL 60197-4349

CT CORPORATION SYSTEM
C/O ALAN  BUDMAN
PO BOX 654
ABINGTON, PA 19001

CT CORPORATION SYSTEM
CHICAGO CORPORATE SERVICE CENTER
208 S. LASALLE ST. SUITE 814
CHICAGO, IL 60604

CT CORPORATION SYSTEM
P.O. BOX 4349
CAROL STREAM, IL 60197-4349

CT CORPORATION SYSTEM
PO BOX 654
ABINGDON, PA 19001

CUMMINS FOUNDATION
ATTN: TRACY SOUZA, PRESIDENT
500 JACKSON ST, MC 60909
COLUMBUS, IN 47201

DAVID KORSLUND
[ADDRESS INTENTIONALLY REDACTED]

DAVID OSER
[ADDRESS INTENTIONALLY REDACTED]

DAVID OSER, CHIEF INVESTMENT OFFICER,
[ADDRESS INTENTIONALLY REDACTED]

DAVIS, GERTRUDE M.
[ADDRESS INTENTIONALLY REDACTED]

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
230 S DEARBORN
ROOM 2600 M/S 5014CHI
CHICAGO, IL 60604

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

DEPARTMENT OF TREASURY IRS
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 2125
PHILADELPHIA, PA 19114

DEVELOPMENT EQUITY FUND, L.L.C.
C/O DETROIT RENAISSANCE, INC
ATTN: DAVID BLASZKIEWICZ,
PRESIDENT, INVEST DETROIT
600 RENAISSANCE CENTER SUITE 1760
DETROIT, MI 48243

DLA PIPER LLP (US)
ATTN ALAN P. SOLOW
203 N. LASALLE ST., STE 1900
CHICAGO, IL 60601-1293

DOMESTIC & FOREIGN MISSIONARY SOCIETY
EPISCOPAL CHURCH USA
ATTN: MARGARETH CROSNIER DE BELLAISTRE,
DIRECTOR OF INVESTMENT MGMT & BANKING
815 2ND AVENUE
NEW YORK, NY 10017

DOMINICAN SISTERS OF SPRINGFIELD, IL
ATTN: LINDA HAYES OP
1237 WEST MONROE ST
SPRINGFIELD, IL 62704

DOMINICAN SISTERS OF SPRINGFIELD, IL
ATTN: SISTER LINDA HAYES OP
1237 WEST MONROE ST.
SPRINGFIELD, IL 62704

DOMINICAN SISTERS OF SPRINGFIELD, IL
DOMINICAN SISTER OF SPRINGFIELD IL
ATTN: KATHERINE ELSNER
1237 WEST MONROE STREET
SPRINGFIELD, IL 62704

DRESSLER & PETERS, LLC
ATTN DENNIS A. DRESSLER, ESQ.
111 W. WASHINGTON ST, STE 1900
CHICAGO, IL 60602

DUNLAP CONSULTING
ATTN: HELEN DUNLAP, PRESIDENT
3473 S MLK DR #499
CHICAGO, IL 60516

ECOTRUST
ATTN: SPENCER BEEBE, PRESIDENT & FOUNDER
721 NW 9TH AVENUE
PORTLAND, OR 97209

ECOTRUST
ATTN: SPENCER BEEBE, PRESIDENT & FOUNDER
721 NW 9TH AVENUE, SUITE 200
PORTLAND, OR 97209

ENTERPRISE CASCADIA
203 HOWERTON WAY SE
PO BOX 826
ILWACO, WA 98624

ENTERPRISE CASCADIA
ATTN PRES, MANAGING OR GEN'L AGENT
203 HOWERTON WAY SE
P.O. BOX 826
ILWACO, WA 98624

ENTERPRISE COMMUNITY INVESTMENT
230 W. MONROE ST. #2605
CHICAGO, IL 60606

ENTERPRISE HOUSING PARTNERS
1995 LIMITED PARTNERSHIP
10227 WINCOPIN CIRCLE, SUITE 800
COLUMBIA, MD 21044

ENTERPRISE HOUSING PARTNERS 1995 FUND
C/O ENTERPRISE COMMUNITY INVESTMENT
ATTN: CELESTE COETZER
230 WEST MONROE STREET #2605
CHICAGO, IL 60606

EPISCOPAL CHURCH USA
ATTN: MARGARETH CROSNIER DE BELLAISTRE
DIR: INVESTMENT MANAGEMENT & BANKING
815 2ND AVENUE
NEW YORK, NY 10017

EPISCOPAL CHURCH USA
ATTN: MARGARETH CROSNIER DE BELLAISTRE,
DIRECTOR IMVESTMENT MGMT & BANKING
815 2ND AVENUE
NEW YORK, NY 10017

EPISCOPAL DIOCESE OF NORTHERN MICHIGAN
ATTN: JOHN WALBRIDGE, VP
131 EAST RIDGE ST.
MARQUETTE, MI 49855

EQUATOR CAPITAL PARTNERS, LLC
AND SHORECAP INTERNATIONAL, LTD
ATTN PRES OR MANAGING/GEN'L AGENT
100 N LA SALLE ST STE 1710
CHICAGO, IL 60602

EQUATOR CAPITAL PARTNERS, LLC
FDIC
ATTN LESLIE DAVIS
100 N. LASALLE SUITE 1710
CHICAGO, IL 60602

F B HERON FOUNDATION
ATTN: KATE STARR, INVESTMENT OFFICER
100 BROADWAY, 17TH FL
NEW YORK, NY 10005

FDIC-R
ATTN DOUGLAS COLE
3501 FAIRFAX DR
ARLINGTON, VA 22226-3500

FDIC-R
ATTN M. ANTONY LOWE
300 SOUTH RIVERSIDE PLAZA, SUITE 1700
CHICAGO, IL 60606

FDIC-R
ATTN PRES OR MANAGING/GEN'L AGENT
3501 FAIRFAX DR
ARLINGTON, VA 22226-3500

FEDERAL DEPOSIT INSURANCE CORP AS RECEIVER
ATTN NICHOLAS KATSONIS
COUNSEL
3501 FAIRFAX DR VS-D-7060
ARLINGTON, VA 22226-3500

FEDERAL DEPOSIT INSURANCE CORP AS RECEIVER
ATTN: NICHOLAS KATSONIS
COUNSEL - LEGAL DIVISION
3501 FAIRFAX DRIVE, VS-D-7092 / D-7074
ARLINGTON, VA 22226-7074

FEDERAL DEPOSIT INSURANCE CORP AS RECEIVER
C/O DLA PIPER LLP (US)
ATTN: ALAN P SOLOW
203 N LASALLE STREET, SUITE 1900
CHICAGO, IL 60601

FEDERAL DEPOSIT INSURANCE CORP.
3501 FAIRFAX DRIVE
SUITE D7060
ARLINGTON, VA 22226

FEDERAL DEPOSIT INSURANCE CORPORATION
3501 FAIRFAX DRIVE
ARLINGTON, VA 22226-3500

FEDERAL DEPOSIT INSURANCE CORPORATION
FDIC C/O ALAN P. SOLOW
DLA PIPER LLP (US)
203 N. LASALLE ST., SUITE 1900
CHICAGO, IL 60601-1293

FEDERAL DEPOSIT INSURANCE CORPORATION
FDIC C/O NICHOLOS KATSONIS
LEGAL DIVISION
3501 FAIRFAX DR
ARLINGTON, VA 22226-3500

FEDERAL DEPOSIT INSURANCE CORPORATION
KATHRYN NORCROSS, SENIOR COUNSEL
3501 FAIRFAX DRIVE
ROOM D-7074
ARLINGTON, VA 22226

FEDERAL DEPOSIT INSURNACE CORP AS RECEIVER
ATTN: NICHOLAS KATSONIS
COUNSEL-LEGAL DIVISION
3501 FAIRFAX DRIVE, ROOM D-7074
ARLINGTON, VA 22226-3500

FEDERAL DEPOSIT INSURNACE CORP AS RECEIVER
C/O DLA PIPER LLP (US)
ATTN: ALAN P SOLOW
203 N LASALLE STREET, SUITE 1900
CHICAGO, IL 60601

FLETCHER, NORMA
[ADDRESS INTENTIONALLY REDACTED]

FOLEY & LARDNER LLP
ATTN MARK HEBBELN, ESQ.
321 N CLARK ST
STE 2800
CHICAGO, IL 60654-5313

FORD FOUNDATION
ATTN: FRANK DEGIOVANNI,
DIRECTOR, ECONOMIC DEVELOPMENT
320 E. 43RD ST., 6TH FLOOR
NEW YORK, NY 10017

FOSTER PEPPER, PLLC
ATTN: MICHAEL GAMSKY
1111 THIRD AVENUE
SUITE 3400
SEATTLE, WA 98101-3299

FREEBORN & PETERS LLP
ATTN RICHARD S. LAUTER, ESQ.
311 S. WACKER DR., STE. 3000
CHICAGO, IL 60606

FREEBORN & PETERS LLP
ATTN: JENNIFER E. WYNN
C/O RICHARD S. LAUTER
311 SOUTH WACKER DRIVE, SUITE 300
CHICAGO, IL 60606

GARDEN CITY GROUP
ATTN BRIAN KARPUK
190 S LASALLE ST STE 1520
CHICAGO, IL 60606

GE CAPITAL
P.O. BOX 740423
ALTANTA, GA 30374-0423

GENERAL ELECTRIC CAPITAL CORPORATION
C/O DEBB WHITE
1010 THOMAS EDISON BLVD SW
CEDAR RAPIDS, IA 52404

GEOFF RENK
135 S LASALLE ST, SUITE 2040
CHICAGO, IL 60603

GEORGE SURGEON

[ADDRESS INTENTIONALLY REDACTED]

GEORGE SURGEON

[ADDRESS INTENTIONALLY REDACTED]

GEORGE SURGEON

[ADDRESS INTENTIONALLY REDACTED]

GERTRUDE M DAVIS

7321 S SOUTH SHORE DRIVE, APT 2E

CHICAGO, IL 60649

GERTRUDE M DAVIS

C/O MCDERMOTT WILL & EMERY LLP

ATTN: ROBERTO DALL'ASTA

227 WEST MONROE STREET

CHICAGO, IL 60606

GREATER CLEVELAND PARTNERSHIP

ATTN: YVETTE ITTU, CFO

HIGBEE BUILDING

100 PUBLIC SQUARE, SUITE 210

CLEVELAND, OH 44113

GRZYWINSKI, RONALD

[ADDRESS INTENTIONALLY REDACTED]

GWEN G. MORGAN TRUST

[ADDRESS INTENTIONALLY REDACTED]

GWEN G. MORGAN TRUST

[ADDRESS INTENTIONALLY REDACTED]

HARE & CO

C/O THE BANK OF NEW YORK MELLON

P.O. BOX 11203

NEW YORK, NY 10286

HARRIS BANKCORP, INC

ATTN: CARL JENKINS,

VP & DIRECTOR OF COMMUNITY INVESTMENTS

111 W MONROE ST, SUITE 7C

CHICAGO, IL 60603

HARRIS TRUST AND SAVINGS BANK

ATTN: CARL JENKINS, VP AND

DIRECTOR: COMMUNITY INVESTMENTS

111 W. MONROE ST., SUITE 7C

CHICAGO, IL 60603

HEALTH CARE SERVICE CORPORATION

C/O BLUE CROSS BLUE SHIELD OF ILLINOIS

ATTN: GERALD MALLEN,

TREASURER & FINANCE DIVISON SVP

300 E RANDOLPH ST

CHICAGO, IL 60601-5099

HELEN DUNLAP

[ADDRESS INTENTIONALLY REDACTED]

HOUGHTON, MARY

[ADDRESS INTENTIONALLY REDACTED]

ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY

33 SOUTH STATE STREET

10TH FLOOR BANKRUPTCY UNIT

CHICAGO, IL 60603

ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY

ATTORNEY GENERAL SECTION  - 9TH FLOOR

33 S STATE ST

CHICAGO, IL 60603

ILLINOIS DEPARTMENT OF REVENUE

BANKRUPTCY SECTION

LEVEL 7-425

100 W. RANDOLPH ST.

CHICAGO, IL 60101-3274

ILLINOIS DEPARTMENT OF REVENUE

P.O. BOX 19045

SPRINGFIELD, IL 62794-9084

ILLINOIS PREPAID TUITION TRUST FUND

ATTN: ANDREW DAVIS, EXECUTIVE DIRECTOR

ILLINOIS STUDENT ASSISTANCE COMMISSION

1755 LAKE COOK RD

DEERFIELD, IL 60015-5209

ILLINOIS SECRETARY OF STATE
DEPARTMENT OF BUSINESS SERVICE
ATTN: JESSE WHITE-SECRETARY OF STATE
501 S. 2ND ST.
SPRINGFIELD, IL 62756-5510

ILLINOIS SECRETARY OF STATE
DEPT OF BUSINESS SERVICES
350 HOWLETT BUILDING
SPRINGFIELD, IL 62756

ILLINOIS SECRETARY OF STATE
OFFICE OF THE GENERAL COUNSEL
ATTN DONNA J GRUNDER
298 HOWLETT BLDG
SPRINGFIELD, IL 62756

ILLINOIS STUDENT ASSISTANCE COMMISSION
ATTN: ANDREW DAVIS, EXEC DIRECTOR
1755 LAKE COOK RD.
DEERFIELD, IL 60015-5209

INTERNAL REVENUE SERVICE
230 S DEARBORN ST
CHICAGO, IL 60604

INTERNAL REVENUE SERVICE
CENTRAL INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICE
INTERNAL REVENUE SERVICE
2970 MARKET STREET
MAIL STOP 5-Q30.133
PHILADELPHIA, PA 19104-1015

IRWIN-SWEENEY-MILLER FOUNDATION
ATTN: SARLA KALSI, EXEC DIRECTOR
PO BOX 808
COLUMBUS, IN 47201

IRWIN-SWEENEY-MILLER FOUNDATION
ATTN: SARLA KALSI, EXECUTIVE DIRECTOR
301 WASHINGTON ST
COLUMBUS, IN 47201

J.H. COHN LLP
ATTN: CLIFFORD A. ZUCKER
333 THORNALL ST.
6TH FLR.
EDISON, NJ 08837

JAFFE RAITT HEUER & WEISS
ATTN PRES OR MANAGING/GEN'L AGENT
27777 FRANKLIN RD, STE 2500
SOUTHFIELD, MI 48034

JAFFE RAITT HEUER & WEISS
ATTN: JUDITH MILLER
27777 FRANKLIN RD SUITE 2500
SOUTHFIELD, MI 48034

JAMIL MOORE
C/O PAVALON, GIFFORD & LAATSCH
ATTN: MATTHEW HUSTER
2 N LASALLE SUITE 1600
CHICAGO, IL 60602

JAN PIERCY
[ADDRESS INTENTIONALLY REDACTED]

JENNIFER TESCHER
444 W. OAKDALE, #2E
CHICAGO, IL 60657

JESSE WHITE SECRETARY OF STATE
DEPARTMENT OF BUSINESS SERVICES
501 S 2ND STREET
SPRINGFIELD, IL 62756-5510

JMB REALTY CORPORATION
ATTN: JULIA STIBOLT, VP
900 N. MICHIGAN AVE., 14TH FLOOR
CHICAGO, IL 60611

JOAN SHAPIRO
[ADDRESS INTENTIONALLY REDACTED]

JOAN SHAPIRO
[ADDRESS INTENTIONALLY REDACTED]

JOHN BERDES
[ADDRESS INTENTIONALLY REDACTED]

JOHN BERDES
[ADDRESS INTENTIONALLY REDACTED]

JOHN D & CATHERINE T MACARTHUR FDN
ATTN: JOSHUA MINTZ, VP & GENERAL COUNSEL
140 S. DEARBORN ST., SUITE 1100
CHICAGO, IL 60603

JOYCE FOUNDATION
ATTN: JANE PATTERSON
DIRECTOR: INVESTMENTS
70 W. MADISON, SUITE 2750
CHICAGO, IL 60602

JP MORGAN CHASE BANK N A
ATTN: JOSEPH RUSSELL
ASSISTANT GENERAL COUNSEL
JP MORGAN LEGAL DEPT
10 S DEARBORN 6TH FLOOR IL1-0080
CHICAGO, IL 60603

JP MORGAN CHASE BANK N A
ATTN: SPECIAL CREDITS GROUP
10 S DEARBORN 36TH FL
MAIL CODE IL1-1415
CHICAGO, IL 60603

JP MORGAN CHASE BANK N A
C/O NEAL GERBER & EISENBERG LLP
ATTN: NICHOLAS M MILLER ESQ
2 N LASALLE STREET STE 1700
CHICAGO, IL 60602

JPMORGAN CHASE
ATTN: PETER SMITH, VICE PRESIDENT
J P MORGAN CHASE & CO
270 PARK AVE, 28TH FL - NY1-K566
NEW YORK, NY 10017

JPMORGAN CHASE & CO
ATTN: PETER SMITH, VICE PRESIDENT
270 PARK AVE, 28TH FL - NY1-K566
NEW YORK, NY 10017

JPMORGAN CHASE BANK, N.A.
ATTN: DENNIS SALETTA
10 S. DEARBORN ST.
36TH FLOOR, MAILCODE IL 1-1415
CHICAGO, IL 60603

JPMORGAN CHASE BANK, N.A.
C/O LOCKE LORD BISSELL & LIDDELL LLP
ATTN: KENNETH M. LODGE
111 SOUTH WACKER
CHICAGO, IL 60606

JPMORGAN CHASE BANK, NA
ATTN: MARK LEONARD, EQUITY ANALYST
C/O CLOSELY HELD ASSET MANAGEMENT
PO BOX 37
WESTERVILLE, OH 43086-0037

KEMPER INSURANCE COMPANIES
ATTN: ROBERT BOLDT,
INVESTMENT ACCOUNTING OFFICER
ONE KEMPER DRIVE, 12NWC
LONG GROVE, IL 60049

LIFE STORAGE
2361 S STATE ST
CHICAGO, IL 60616

LLOYD'S ILLINOIS, INC.
C/O PA&T
15255 S. 94TH AVE.
SUITE: 200
ORLAND PARK, IL 60462

LOCAL CHURCH MINISTRIES,
COVENATED MINISTRY OF THE UCC
UNITED CHURCH BOARD: HOMELAND MINISTRIES
ATTN: KATHY HOUSTON, EXEC ASSOC: FINANCE
700 PROSPECT AVE
CLEVELAND, OH 44115-1100

LUMBERMEN'S MUTUAL CASUALTY COMPANY
ATTN: ROBERT BOLDT
INVESTMENT DEPARTMENT
ONE KEMPER DRIVE, K-9
LONG GROVE, IL 60049

LUTHER RAGIN, JR.
[ADDRESS INTENTIONALLY REDACTED]

LYNN RAILSBACK
135 S LASALLE STREET SUITE 2040
CHICAGO, IL 60603

MAF INVESTMENTS, LTD
ATTN: BARRY REIS, TREASURER
25701 SCIENCE PARK DR
BEACHWOOD, OH 44122-7302

MARQUETTE COMMUNITY FOUNDATION
ATTN: CAROLE TOUCHINSKI, EX DIRECTOR
PO BOX 37
MARQUETTE, MI 49855-0037

MARQUETTE COMMUNITY FOUNDATION
ATTN: CATHY NARDI, EXECUTIVE DIRECTOR
PO BOX 37
MARQUETTE, MI 49855-0037

MARY CAHILLANE
[ADDRESS INTENTIONALLY REDACTED]

MARY HOUGHTON
[ADDRESS INTENTIONALLY REDACTED]

MARY HOUGHTON
C/O COLEMAN LAW FIRM
ATTN: ELIZABETH RICHERT
77 WEST WACKER DRIVE, SUITE 4800
CHICAGO, IL 60601

MCDERMOTT WILL & EMERY LLP
ATTN ROBERTO A. DALL'ASTA, ESQ.
227 WEST MONROE ST
CHICAGO, IL 60606

MCDERMOTT WILL & EMERY LLP
ATTN WILLIAM P. SMITH, ESQ.
227 WEST MONROE ST.
CHICAGO, IL 60606

MCDERMOTT WILL & EMORY
ATTN. SUSAN PETERS SCHAEFER
227 W. MONROE ST.
CHICAGO, IL 60606

MCDERMOTT, WILL & EMERY
PO BOX 2995
CAROL STREAM, IL 60132-2995

MICHIGAN DEPARTMENT OF TREASURY
430 WEST ALLEGAN STREET
LANSING, MI 48933

MICHIGAN INDIANA CONDOMINIUM ASSN
C/O KOVITZ SHIFRIN NESBIT
750 W LAKE COOK RD, SUITE 350
BUFFALO GROVE, IL 60089

MICHIGAN INDIANA CONDOMINIUM ASSOCIATION
C/O KOVITZ SHIFRIN NESBIT
ATTN: JASON ORTH
750 LAKE COOK ROAD #350
BUFFALO GROVE, IL 60089

MILTON O DAVIS & GERTRUDE M DAVIS TR
[ADDRESS INTENTIONALLY REDACTED]

MONDOZZI LLC
135 S. LASALLE ST.
SUITE: 2040
CHICAGO, IL 60603

MULTINOMAH/PORTLAND OREGON
SHOREBANK PACIFIC CORP CONSOLIDATED
OR

MWV PINNACLE
C/O MWV PINNACLE MANAGEMENT COMPANY
ATTN ERIC VON HENDRIX
P.O. BOX 241065
CLEVELAND, OH 44124

NATIONAL COMMUNITY INVESTMENT FUND
ATTN: SAURABH NARAIN,
SR MANAGING DIRECTOR, NCIF
135 S LA SALLE ST STE 2040
CHICAGO, IL 60603-4299

NEAL, GERBER & EISENBERG LLP
ATTN KEVIN G. SCHNEIDER, ESQ.
TWO N. LASALLE ST., STE 1700
CHICAGO, IL 60602

NEAL, GERBER & EISENBERG LLP
ATTN: MARK A. BERKHOFF, ESQ.
TWO N LASALLE ST, STE 1700
CHICAGO, IL 60602-3801

NEAL, GERBER & EISENBERG LLP
ATTN: NICHOLAS M. MILLER, ESQ.
TWO N LASALLE ST STE 1700
CHICAGO, IL 60602-3801

NEW PROSPECT FOUNDATION
C/O KKP GROUP
ATTN: PAUL LEHMAN
1603 ORRINGTON AVE
EVANSTON, IL 60201

NICOLAS RETSINAS

[ADDRESS INTENTIONALLY REDACTED]

NICOLAS RETSINAS

[ADDRESS INTENTIONALLY REDACTED]

NORMA FLETCHER
11530 SOUTH OAKLEY
CHICAGO, IL 60643

NORTHERN INITIATIVES
ATTN DENNIS WEST
P.O. BOX 7009
MARQUETTE, MI 49855

NORTHERN INITIATIVES
ATTN PRES OR MANAGING/GEN'L AGENT
PO BOX 7009
MARQUETTE, MI 49855

NORTHERN MICHIGAN UNIVERSITY
502 COHODAS ADMINISTRATIVE CENTER
ATTN: GAVIN LEACH,
VP FINANCE & ADMINISTRATION
1401 PRESQUE ISLE AVENUE
MARQUETTE, MI 49855

NORTHERN MICHIGAN UNIVERSITY
C/O MILLER CANFIELD PADDOCK & STONE PLC
ATTN: DANIELLE MASON ANDERSON ESQ
277 SOUTH ROSE STREET SUITE 5000
KALAMAZOO, MI 49007

NORTHERN TRUST
ATTN: DEBORAH KASEMEYER, SVP
50 S LASALLE STREET
CHICAGO, IL 60675

NORTHERN TRUST CORPORATION
ATTN: DEBORAH KASEMEYER, SVP
181 W MADISON
CHICAGO, IL 60675

NOYES TRUST AGREEMENT
C/O CLOSELY HELD ASSET MANAGEMENT
ATTN: MARK LEONARD, EQUITY ANALYST
PO BOX 37
WESTERVILLE, OH 43086-0037

OFFICE OF THE UNITED STATES ATTORNEY
ATTN: CIVIL PROCESS CLERK
NORTHERN DISTRICT OF IL EASTERN DIVISION
219 S. DEARBORN ST.
CHICAGO, IL 60604

OFFICE OF THE UNITED STATES TRUSTEE
219 S. DEARBORN ST. ROOM 873
CHICAGO, IL 60604

OFFICE OF THE US TRUSTEE
ROMAN L. SUKLEY
219 S. DEARBORN ST.
ROOM 873
CHICAGO, IL 60604

ONE PACIFIC COAST BANK, FSB
ATTN HARRY M. HAIGOOD
1438 WEBSTER ST. SUITE 100
OAKLAND, CA 94612

ONE PACIFICCOAST BANK FSB
FORMERLY KNOWN AS ONECALIFORNIA BANK FSB
C/O MORRISON & FOERSTER LLP
ATTN: VINCENT J NOVAK
425 MARKET STREET, 32ND FLOOR
SAN FRANCISCO, CA 94108

PAYAN, ALBERTS & THOMPSON
ORLAND PARK EXECUTIVE
15255 S 94TH, SUITE 200
ORLAND PARK, IL 60462

PAYCOR
ATTN PRES OR MANAGING/GEN'L AGENT
644 LINN ST, STE 200
CINCINNATI, OH 45203

PENSION BENEFIT GUARANTY CORPORATION
1200 K ST NW, #340
WASHINGTON, DC 20005-4030

R.D. MERRILL COMPANY
C/O MERRILL GARDENS, LLC
ATTN: CHARLES WRIGHT, CHAIRMAN/CEO
1938 FAIRVIEW AVE EAST, SUITE 300
SEATTLE, WA 98102

RAILSBACK, LYNN
[ADDRESS INTENTIONALLY REDACTED]

RAINBOW'S END LIMITED PARTNERSHIP
ATTN LARRY PUSATERI
422 N. ASHLAND ST.
LAGRANGE PARK, IL 60526

RAY WATERS
2120 CRESTLAND DR.
ANN ARBOR, MI 48104

REED SMITH LLP
ATTN AMY M. TONTI, ESQ.
225 FIFTH AVE., STE 1200
PITTSBURGH, PA 15222

REED SMITH LLP
ATTN ANN E. PILLE, ESQ.
10 SOUTH WACKER DR., 40TH FL
CHICAGO, IL 60606

REGENCY SAVINGS BANK
C/O FIRST BANK OAK PARK CORPORATION
ATTN: MICHAEL DUNNING, SVP
11 W MADISON ST
OAKPARK, IL 60302

ROBERT B LIFTON TRUST
[ADDRESS INTENTIONALLY REDACTED]

RONALD GRZYWINKSI
5525 S. KENWOOD AVENUE
CHICAGO, IL 60637

RONALD GRZYWINSKI
5545 S KENWOOD AVE
CHICAGO, IL 60637

RONALD GRZYWINSKI
C/O COLEMAN LAW FIRM
ATTN: ELIZABETH RICHERT
77 WEST WACKER DRIVE, SUITE 4800
CHICAGO, IL 60601

RUSSELL ZIMMERMANN
[ADDRESS INTENTIONALLY REDACTED]

RUSSELL ZIMMERMANN
[ADDRESS INTENTIONALLY REDACTED]

SAFE HAVEN INVESTMENT PORTFOLIOS, LLC
ATTN: O. SAM FOLIN, MANAGER
1700 SANSOM ST, 11TH FLOOR
PHILADELPHIA, PA 19103-5234

SAFE HAVEN INVESTMENT PORTFOLIOS, LLC
ATTN: O. SAM FOLIN, MGR
1700 SANSOM ST, 11TH FLOOR
PHILADELPHIA, PA 19103-5234

SB PARTNERS
ATTN DAVID SHRYOCK
940 MEADOW RIDGE DRIVE
HOLLAND, MI 49424

SBK NMTC FUND I, LLC
ATTN GEORGE SURGEON
135 S. LASALLE SUITE 2040
CHICAGO, IL

SECRETARY OF STATE OF ILLINOIS
DEPARTMENT OF BUSINESS SERVICES
501 S. 2ND STREET
SPRINGFIELD, IL 62756-5510

SECURITIES AND EXCHANGE COMMISSION
ATTN GEORGE VASIOS/BANKRUPTCY SECTION
175 W. JACKSON BLVD.
SUITE 900
CHICAGO, IL 60604

SECURITIES AND EXCHANGE COMMISSION
CHICAGO REGIONAL OFFICE
175 W. JACKSON BOULEVARD SUITE 900
CHICAGO, IL 60604

SECURITIES AND EXCHANGE COMMISSION
SEC HEADQUARTERS
101 F. STREET NE
WASHINGTON, DC 20549

SEP FBO STEPHEN P GRATHWOHL
ATTN: STEPHEN GRATHWOHL
1178 BURR STREET
FAIRFIELD, CT 6430

SHEEPDOG, INC
211 HORSESHOE LAKE DR.
HALIFAX NOVA SCOTIA CANADA B3S OB9

SHEEPDOG, INC
ATTN PRES OR MANAGING/GEN'L AGENT
211 HORSESHOE LAKE DR
HALIFAX NOVA SCOTIA CANADA B3S OB9

SHORE OVERSEAS CORPORATION
ATTN GEORGE SURGEON
135 S. LASALLE SUITE 2040
CHICAGO, IL 60603

SHOREBANK CAPITAL CORPORATION
ATTN GEORGE SURGEON
135 S. LASALLE SUITE 2040
CHICAGO, IL 60603

SHOREBANK DEVELOPMENT CORPORATION
ATTN GEORGE SURGEON
135 S. LASALLE SUITE 2040
CHICAGO, IL 60603

SHOREBANK ENTERPRISE CASCADIA
ATTN: JOHN BERDES, MANAGING DIRECTOR
P O BOX 826
ILWACO, WA 98624

SHOREBANK ENTERPRISE CLEVELAND
ATTN: SUSAN WHITE, PRESIDENT & CEO
540 E 105TH ST
CLEVELAND, OH 44108

SHOREBANK ENTERPRISE DETROIT
ATTN: RAY WATERS, PRESIDENT
14533 MACK AVE
DETROIT, MI 48215

SHOREBANK ENTERPRISE DETROIT
ATTN: RAY WATERS, PRESIDENT
277 GRATIOT AVE FL 3RD
DETROIT, MI 48226

SHOREBANK ENTERPRISE, CASCADIA
203 HOWERTON WAY SE
ILWACO, WA 98624

SHOREBANK INTERNATIONAL
ATTN ARIF RIZVI
20 N. CLARK STREET SUITE 1950
CHICAGO, IL 60602

SHOREBANK INTERNATIONAL
ATTN PRES OR MANAGING/GEN'L AGENT
20 N CLARK ST, STE 1950
CHICAGO, IL 60602

SHOREBANK INTERNATIONAL LTD
ATTN: ARIF RIZVI
20 NORTH CLARK STREET - SUITE 1950
CHICAGO, IL 60602

SHOREBANK INTERNATIONAL LTD
C/O FOX HEFTER SWIBEL LEVIN & CARROLL LLP
ATTN: N NEVILLE REID
200 WEST MADISON STREET, SUITE 3000
CHICAGO, IL 60606

SHOREBANK LANDS CORPORATION
ATTN GEORGE SURGEON
135 S. LASALLE SUITE 2040
CHICAGO, IL 60603

SHOREBANK NEW MARKETS FUND, INC.
ATTN GEORGE SURGEON
135 S. LASALLE SUITE 2040
CHICAGO, IL 60603

SHOREBANK PACIFIC CORPORATION
ATTN GEORGE SURGEON
135 S. LASALLE SUITE 2040
CHICAGO, IL 60603

SHORECAP INTERNATIONAL
C/O EQUATOR CAPITAL PARTNERS, LLC
ATTN: LESLIE DAVIS
100 NORTH LASALLE STREET SUITE 1710
CHICAGO, IL 60602

SHORECAP INTERNATIONAL LTD THROUGH ITS
INV FUND MGR EQUATOR CAPITAL PARTNERS
ATTN LESLIE DAVIS
100 N LASALLE STREET SUITE 1710
CHICAGO, IL 60602

SHORECAP INTERNATIONAL LTD THROUGH ITS
INV FUND MGR EQUATOR CAPITAL PARTNERS
C/O FOX HEFTER SWIBEL LEVIN & CARROLL
ATTN: N NEVILLE REID
200 WEST MADISON STREET, SUITE 3000
CHICAGO, IL 60606

SHORECAP MANAGEMENT, LTD.
ATTN GEORGE SURGEON
135 S. LASALLE SUITE 2040
CHICAGO, IL 60603

SIMPLIFIED BUSINESS INFORMATION
5235 MISSION OAKS BLVD # 411
CAMARILLO, CA 93012-5400

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN GEORGE N. PANAGAKIS
155 N. WACKER DR
CHICAGO, IL 60606

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN JUSTIN M. WINERMAN
155 N. WACKER DR.
CHICAGO, IL 60606

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
PO BOX 1764
WHITE PLAINS, NY 10602

STAN AMY
[ADDRESS INTENTIONALLY REDACTED]

STATE FARM
ATTN: DUNCAN FUNK,
INVESTMENT DEPARTMENT E-8
1 STATE FARM PLAZA
BLOOMINGTON, IL 61710

STATE OF ILLINOIS
SHOREBANK CORP CONSOLIDATED
IL

STATE OF MICHIGAN
SHOREBANK CORP CONSOLIDATED
MI

STATE OF OREGON
SHOREBANK PACIFIC CORP CONSOLIDATED
OR

STEPHEN GRATHWOHL
[ADDRESS INTENTIONALLY REDACTED]

STEPHEN GRATHWOHL, SEP
[ADDRESS INTENTIONALLY REDACTED]

STEVEN HAMP
[ADDRESS INTENTIONALLY REDACTED]

SUCCESS FACTORS
1500 FASHION ISLAND BLVD SUITE 300
SAN MATEO, CA 64404

SUCCESS FACTORS
C/O BERGEN & SCHWAB
ATTN: THOMAS BURG BIALSON
2666 EL CAMINO ROAD SUITE 300
PALO ALTO, CA 94306

SUCCESS FACTORS
C/O BIALSON, BERGEN & SCHWAB
ATTN: THOMAS BURG
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CA 94306

SUCCESSFACTORS INC
C/O BIALSON BERGEN & SCHWAB
ATTN LAWRENCE SCHWAB/GAYE HECK
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CA 94306

SURGEON, GEORGE
[ADDRESS INTENTIONALLY REDACTED]

TESCHER, JENNIFER
[ADDRESS INTENTIONALLY REDACTED]

THE ALBERT PICK, JR FUND
ATTN: CLEOPATRA ALEXANDER, EXEC DIRECTOR
333 N MICHIGAN AVE
STE 510
CHICAGO, IL 60601-3934

THE ALBERT PICK, JR. FUND
ATTN: CLEOPATRA ALEXANDER, EXECUTIVE DIR
333 N MICHIGAN AVE STE 510
CHICAGO, IL 60601

THE BANK OF NEW YORK
ATTN: CARLOS LUCIANO
101 BARCLAY STREET FLOOR 8W
NEW YORK, NY 10286

THE BANK OF NEW YORK
FINANCIAL CONTROL BILLING DEPT
ATTN: ANNETTE L. KOS
P.O. BOX 19445A
NEWARK, NJ 07195-0445

THE BANK OF NEW YORK (DELAWARE)
ATTN: CORPORATE TRUST ADMINISTRATION
WHITE CLAY CENTER
ROUTE 273
NEWARK, DE

THE BANK OF NEW YORK MELLON
ONE WALL STREET
NEW YORK, NY 10286

THE BANK OF NEW YORK MELLON AS SUCCESSOR
ATTN: JOHN GUILIANO
VICE PRESIDENT
101 BARCLAY STREET 8 WEST
NEW YORK, NY 10286

THE BANK OF NEW YORK MELLON AS SUCCESSOR
C/O BRYAN CAVE LLP
ATTN: STEPHANIE WICKOUSKI
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

THE BANK OF NEW YORK MELLON AS SUCCESSOR
IN INTEREST TO THE BANK OF NEW YORK ET AL
ATTN: J CHRISTOPHER MATTHEWS
601 TRAVIS 16TH FLOOR
HOUSTON, TX 77002

THE BANK OF NEW YORK TRUST COMPANY, N.A.
ATTN: MATTHEW R. BARTEL - 7TH FLOOR
GLOBAL CORPORATE TRUST - CDO
2 N. LASALLE STREET
CHICAGO, IL 60602

THE BANK OF NEW YORK, TRUSTEE
FBO SHOREBANK CAPITAL TRUST I
ATTN: CORPORATE TRUST ADMINISTRATION
101 BARCLAY STREET FLOOR 8W
NEW YORK, NY 10286

THE BULLITT FOUNDATION
ATTN: DENIS HAYES, PRESIDENT & CEO
1212 MINOR AVE
SEATTLE, WA 98101

THE CHARLES STEWART MOTT FOUNDATION
ATTN: PHILLIP PETERS, VP & SECRETARY
503 S SAGINAW ST, SUITE 1200
FLINT, MI 48502-1851

THE CHICAGO COMMUNITY FOUNDATION
ATTN: CAROL CRENSHAW, VP & CFO
111 E. WACKER DRIVE, SUITE 1400
CHICAGO, IL 60601

THE FEDERAL DEPOSIT INSURANCE CORP
KATHRYN NORCROSS, SR. COUNSEL
3501 FAIRFAX DRIVE
ROOM D-7074
ARLINGTON, VA 22226

THE IRS, FOR FEDERAL
SHOREBANK CORP CONSOLIDATED

THE IRVING HARRIS FOUNDATION
ATTN: MICHAEL RESNICK, VICE PRESIDENT,
WM. HARRIS INVESTORS, INC.
191 N WACKER DR, SUITE 1500
CHICAGO, IL 60606-1899

THE JOHN D & CATHERINE T MACARTHUR FNDN
ATTN: JOSHUA MINTZ, VP & GENERAL COUNSEL
140 S DEARBORN ST, SUITE 1300
CHICAGO, IL 60603

THE LEONARD AND SOPHIE DAVIS FOUNDATION
68 JORDAN AVE.
SAN FRANCISCO, CA 94118

THE LEONARD AND SOPHIE DAVIS FOUNDATION
ATTN: ALAN DAVIS, PRESIDENT
PO BOX 590780
SAN FRANCISCO, CA 94159-0780

THE NORTHERN TRUST
ATTN: DEBORAH KASEMEYER, SVP
50 S. LASALLE STREET
CHICAGO, IL 60675

THE NORTHERN TRUST COMPANY
ATTN STEPHANIE COOK
50 S. LASALLE STREET
CHICAGO, IL 60603

THE PITON FOUNDATION
ATTN: CAROL BUSH, CONTROLLER
370 17TH ST, SUITE 5300
DENVER, CO 80202

THE PRUDENTIAL INSURANCE CO OF AMERICA
ATTN: JOHN KINGHORN, MANAGER,
CORPORATE SOCIAL RESPONSIBILITY
751 BROAD ST., 15TH FLOOR
NEWARK, NJ 07102

THE SHOREBANK CORPORATION
ATTN GEORGE SURGEON
135 S. LASALLE SUITE 2040
CHICAGO, IL 60603

THE SOUTH SHORE COMMISSION
ATTN: VERNON WINSTEAD, PRESIDENT
7433 S CONSTANCE
CHICAGO, IL 60649

THE SOUTH SHORE COMMISSION
ATTN: VERNON WINSTEAD, PRESIDENT
PO BOX 490085
CHICAGO, IL 60649

THE TWENTY-FIRST CENTURY FOUNDATION
ATTN: ALEXANDRA ROJAS, EXEC DIRECTOR
132 WEST 112TH ST., LOWER LEVEL #1
NEW YORK, NY 10026

THE TWENTY-FIRST CENTURY FOUNDATION
ATTN: ALEXANDRA ROJAS, EXEC DIRECTOR
55 EXCHANGE PL STE 402
NEW YORK, NY 10005-3304

THOMPSON COBURN LLP
ATTN LAUREN NEWMAN, ESQ.
55 EAST MONROE, 37TH FL.
CHICAGO, IL 60603

T-MOBILE
ATTN PRES OR MANAGING/GEN'L AGENT
PO BOX 742596
CINCINNATI, OH 45274-2596

TODD BROWN
1724A EAST 54TH ST.
CHICAGO, IL 60615

TODD C BROWN
1724 E 54TH ST APT A
CHICAGO, IL 60615

TODD C BROWN
C/O THOMPSON COBURN LLP
ATTN: LAUREN NEWMAN
55 E MONROE STREET, 37TH FLOOR
CHICAGO, IL 60603

TRAVELERS INSURANCE
C/O PA&T INSURANCE
ATTN PRES OR MANAGING/GEN'L AGENT
53 W JACKSON BLVD, STE 1562
CHICAGO, IL 60604-3778

TRAVELERS INSURANCE
C/O PA&T INSURANCE
ATTN: JOHN ALBERTS
53 W. JACKSON BLVD. SUITE 1562
CHICAGO, IL 60604-3778

TRUDIE DAVIS
[ADDRESS INTENTIONALLY REDACTED]

TRUSTEES OF EDISON DICK REV TR
C/O THE NORTHERN TRUST CO
ATTN: MARK CHAPPEL,
FAMILY BUSINESS DIVISION
50 SOUTH LASALLE ST
CHICAGO, IL 60603

TRUSTEES OF EDISON DICK REVOCABLE TRUST
THE DICK FAMILY
C/O THE NORTHERN TRUST CO.
50 SOUTH LASALLE ST.
CHICAGO, IL 60603

U.S. ATTORNEY
ATTN: CIVIL PROCESS CLERK
219 S. DEARBORN ST.
CHICAGO, IL 60604

UIDC HOLDINGS, LP
ATTN: JULIA STIBOLT, VP JMB REALTY
900 N MICHIGAN AVE, 14TH FLOOR
CHICAGO, IL 60611

UNION BANK
ATTN: NABEEL BADAWI
CORPORATE TRUST DIVISION
120 S. SAN PEDRO, SUITE: 410
LOS ANGELES, CA 90012

UNION BANK OF CALIFORNIA
ATTN: NABEEL BADAWI
120 S. SAN PEDRO ST STE 400 MC 4-102-080
LOS ANGELES, CA 90012

UNITARIAN UNIVERSALIST CONG/SHELTER ROCK
ATTN: GERALD JALAZO, TREASURER
48 SHELTER ROCK ROAD
MANHASSAT, NY 11030

UNITARIAN UNIVERSALIST CONG/SHELTER ROCK
ATTN: IVONNE MOREIRA, ACCOUNTING MANAGER
48 SHELTER ROCK ROAD
MANHASSAT, NY 11030

UNITED CHURCH BOARD FOR
HOMELAND MINISTRIES
ATTN: KATHY HOUSTON, TREASURER
700 PROSPECT AVE. EAST
CLEVELAND, OH 44115-1100

URBAN PARTNERSHIP BANK
ATTN KIM LYNCH
GENERAL COUNSEL
55 E. JACKSON
CHICAGO, IL 60604

URBAN PARTNERSHIP BANK
URBAN PARTNERSHIP BANK
PO BOX 19260
CHICAGO, IL 60619-0260

US ENVIRONMENTAL PROTECTION AGENCY
ATTN: RICHARD L. NAGLE,
BANKRUPTCY CONTACT
US EPA REGION 5 MAIL CODE C-14J
CHICAGO, IL

US SECURITIES AND EXCHANGE COMMISSION
OFFICE OF THE GENERAL COUNSEL
101 F. STREET NE
WASHINGTON, DC 20549

VERISIGHT F/K/A RSM MCGLADREY
ATTN: CARL VALERIUS
1252 BELL VALLEY ROAD SUITE 201
ROCKFORD, IL 61108-4439

VERONICA MACDONALD
[ADDRESS INTENTIONALLY REDACTED]

WASHINGTON DC
SHOREBANK INTERNATIONAL LTD
DC

WATERS, RAY
[ADDRESS INTENTIONALLY REDACTED]

WELLS FARGO
ATTN: ROBERT TAYLOR, VICE PRESIDENT
401 B STREET SUITE 304A
SAN DIEGO, CA 92101

WELLS FARGO BANK N.A. AS GUARANTEE TTEE
ATTN: DANIEL M COHEN
DEFAULT & RESTRUCTURING ACCOUNT MANAGER
9062 OLD ANNAPOLIS ROAD
MAC N2702-011
COLUMBIA, MD 21045

WELLS FARGO BANK N.A. AS GUARANTEE TTEE
C/O REED SMITH LLP
ATTN: AMY M TONTI ESQ
REED SMITH CENTRE
225 FIFTH AVENUE
PITTSBURGH, PA 15222

WELLS FARGO BANK NA AS GUARANTEE TRUSTEE
9062 OLD ANNAPOLIS ROAD
MAC: N2702-011
COLUMBIA, MD 21045

WELLS FARGO BANK NA AS GUARANTEE TRUSTEE
C/O REED SMITH LLP
ATTN AMY M TONTI ESQ
REED SMITH CENTRE
225 FIFTH AVE
PITTSBURGH, PA 15222

WELLS FARGO BANK, N.A.
ATTN: CHERYL BOHN
9062 OLD ANNAPOLIS ROAD
1ST FLOOR
COLUMBIA, MD 21045

WELLS FARGO BANK, N.A.
CORPORATE TRUST SERVICES
ATTN: WILLIAM FAY
9062 OLD ANNAPOLIS ROAD
MAC: N2702-011
COLUMBIA, MD 21045

WELLS FARGO BANK, NATIONAL ASSOCIATION
ATTN: CORPORATE TRUST ADMINISTRATION
ATTN: REEMA PATEL
919 MARKET STREET SUITE 1600
WILMINGTON, DE 19801

WIEBOLDT FOUNDATION
ATTN: REGINA MCGRAW, PRESIDENT
53 W JACKSON BLVD, SUITE 838
CHICAGO, IL 60604

WILMINGTON TRUST
CAPITAL MARKETS AND AGENCY SERVICES
ATTN: STEVE CIMALORE
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

WILMINGTON TRUST COMPANY
ATTN: ANITA E. DALLAGO
SENIOR FINANCIAL SERVICE OFFICER

WILMINGTON TRUST COMPANY
ATTN: JASON B. HILL
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890-0001

WILMINGTON TRUST COMPANY
ATTN: LORI DONAHUE ASST. VICE PRESIDENT
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

WILMINGTON TRUST COMPANY SOLEY IN ITS CAPACITY
AS GUARANTEE TTEE FOR PRINCIPAL & INTEREST
ATTN: STEVEN M CIMALORE, VICE PRESIDENT
1100 MARKET STREET
WILMINGTON, DE 19890

WILMINGTON TRUST COMPANY SOLEY IN ITS CAPACITY
AS INDENTURE TTEE INSTITUTIONAL TTEE ET AL
ATTN: STEVEN M CIMALORE, VICE PRESIDENT
1100 MARKET STREET
WILMINGTON, DE 19890

WILMINGTON TRUST COMPANY SOLEY IN ITS CAPACITY
C/O ARENT FOX
ATTN: ANDREW SILFEN, ESQ
1675 BROADWAY
NEW YORK, NY 10019

WILMINGTON TRUST COMPANY SOLEY IN ITS CAPACITY
C/O ARENT FOX LLP
ATTN: ANDREW SILFEN, ESQ
1675 BROADWAY
NEW YORK, NY 10019

WILMINTON TRUST COMPANY SOLEY IN ITS CAPACITY
AS INDENTURE TTEE INSTITUTIONAL TTEE ET AL
ATTN: STEVEN M CIMALORE, VICE PRESIDENT
1100 MARKET STREET
WILMINGTON, DE 19890

WILMINTON TRUST COMPANY SOLEY IN ITS CAPACITY
C/O ARENT FOX LLP
ATTN: ANDREW SILFEN, ESQ
1675 BROADWAY
NEW YORK, NY 10019